# ROME, ARATA, BAXLEY & STELLY, L.L.C.

ATTORNEYS AND COUNSELORS AT LAW
SUITE 2017, POYDRAS CENTER
650 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

C. PERRIN ROME, III ALSO ADMITTED IN D.C.
BLAKE G. ARATA, JR.
BRISTOL A. BAXLEY ALSO ADMITTED IN TX
W. CHAD STELLY ALSO ADMITTED IN MS
JASON C. MACFETTERS

TELEPHONE (504) 522-9980
FAX NO. (504) 522-9971

THIS WRITER'S E-MAIL:
prome@romearata.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 03 2019

December 3, 2019

*Via ECF*
Honorable George B. Daniels
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1310
New York, NY 10007

RE: *Clara Correa v. National Railroad Passenger Corp.*
U.S.D.C.-So. Dist. N.Y. Case No. 1:18-cv-03521 (GBD)

SO ORDERED

The status conference is adjourned from December 4, 2019 to February 12, 2020 at 9:45 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

DEC 03 2019

Dear Judge Daniels:

I represent Plaintiff, Clara Correa, in the above-captioned matter. I respectfully request that Your Honor adjourn the status conference currently scheduled for December 4, 2019 at 9:45a.m. for a later date in light of the Court's November 22, 2019 order extending all discovery deadlines by 90-days. As a result of that Order, there is currently scheduled a settlement conference on January 30, 2020. In light of the revised schedule, a status conference would be premature at this time, and therefore I would like to request that the December 4, 2019 status conference be adjourned until after the January 30, 2020 settlement conference. Counsel for Amtrak and L&K have consented to this request; counsel for 365 Maintenance has been contacted but has not yet responded.

With kind regards, I remain

Very truly yours,
ROME, ARATA, BAXLEY & STELLY, L.L.C.

**C. PERRIN ROME, III**

December 3, 2019
Page 2

cc:  John A. Bonventre, Esq.
     Rachel S. Rubenstein, Esq.
     Doreen J. Correia, Esq.
     Josefina A. Belmonte, Esq.
     Adam C. Calvert, Esq.
     Kenneth C. Bordes, Esq.